**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1497**

———————

DONALD SULLIVAN,

Plaintiff - Appellant,

versus

CARSON SMITH, individually and in his capacity
as Sheriff of Pender County, North Carolina;
MAJOR KEITH D. HINKLE; CAPTAIN MARK SLOAN,
individually and in their capacities as
officers of the Sheriff's Department of Pender
County, North Carolina; DEPUTY E. S. WYRICK,
JR.; DEPUTY REED; DEPUTY GONZALES; JOE DOE, I;
JOHN DOE, II; JOHN DOE III; JANE DOE,
individually and in their capacities as
deputies in the Sheriff's Department of Pender
County, North Carolina; COUNTY OF PENDER;
MAGISTRATE DELORES R. HELMS, individually and
in her capacity as an officer of the court for
the Fifth Judicial District of North Carolina,

Defendants - Appellees,

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern. Louise W. Flanagan, Chief
District Judge. (7:04-cv-00026-FL)

———————

Submitted: December 21, 2006          Decided: December 28, 2006

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donald Sullivan, Appellant Pro Se.  James Redfern Morgan, Jr., WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina; David J. Adinolfi, II, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Sullivan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sullivan v. Smith</u>, No. 7:04-cv-00026-FL (E.D.N.C. Mar. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>